IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MELINDA S. CHURCHMAN**, | 6:12-CV-00978 RE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | |
| Defendant. | |

**REDDEN**, Judge:

    The decision of the Commissioner is affirmed. This action is dismissed.

IT IS SO ORDERED.

Dated this _11_ day of November, 2013.

                                                             /s/ James A. Redden
                                                             James A. Redden
                                                             United States District Judge

JUDGMENT